W. B. ANDERSON, Plaintiff in Error, v. D. G. HINSON, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

S. M. Preacher, of De Funiak Springs, for plaintiff in error.

Philip D. Beall, of Pensacola, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for defendant in error.